UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To: *Vieyra v. Quest Diagnostics, Inc. et al.*, No. 19-13396 (MCA)(MAH) | Civil Action No. 19-md-2904(MCA)(MAH)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff Julio Antonio Perez Vieyra, by and through his undersigned counsel, hereby voluntarily dismisses without prejudice each of his claims against Defendants Quest Diagnostics, Inc. and Optum360, LLC. Mr. Vieyra reserves the right to proceed in this matter as an absent class member.

Dated: October 28, 2022

                                    CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
                                    *Interim Lead Counsel for Plaintiffs*

                                    /s/ *James E. Cecchi*
                                    JAMES E. CECCHI

                                    Jason L. Lichtman
                                    Sean A. Petterson
                                    **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
                                    250 Hudson St.,

8th Floor
New York, NY 10013
(212) 355-9500

Christopher A. Seeger
Christopher Ayers
**SEEGER WEISS, LLP**
55 Challenger Rd.,
6th Floor
Ridgefield Park, NJ 07660
(973) 639-9100

Norman E. Siegel
J. Austin Moore
**STUEVE SIEGEL HANSON, LLP**
460 Nichols Rd.,
Ste. 200
Kansas City, MO 64112
(816) 714-7100

*Quest Track Co-Lead Counsel*

SO ORDERED

　*s/Madeline Cox Arleo*　
MADELINE COX ARLEO, U.S.D.J.

Date:   10/31/22

2